UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:07-cr-20-FtM-29DNF

KEVIN SINGLETON
_____

**ORDER**

This matter comes before the Court on various pending motions. These are resolved as follows:

Defendant's Petition for Writ of Habeas Corpus (Doc. #139) was deemed to be a Motion to Suppress the statements of Lynett Gadsden, and a Report and Recommendation (Doc. #156) recommended that the motion be denied because defendant had no standing to suppress the statements of Lynett Gadsden. The Court agrees, and adopts the Report and Recommendation.

Defendant's Petition for Certiorari (Doc. #162) purports to be brought under 28 U.S.C. § 2254 on the basis that he did not receive a full, fair and adequate hearing. Title 28 U.S.C. § 2254 only applies to "a person in custody pursuant to the judgment of a State court . . ." 28 U.S.C. § 2254(a). Defendant is not in custody pursuant to a judgment of a State court, and therefore the petition is denied.

Defendant's letter docketed on December 28, 2007 (Doc. #167) was construed as a renewed motion for the services of an investigator. On January 10, 2008, the magistrate judge directed

that standby counsel prepare a CJA 24 for investigative services. (Doc. #166.)  The renewed motion will be denied, although the status of the investigative services will be discussed at the status conference on February 7, 2008.

Defendant's Motion to Strike (Doc. #177) seeks to suppress or strike a firearm.  Count Three, the only count referring to a firearm, has been dismissed on the government's motion.  (Doc. #179.)  The motion to strike is therefore denied.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #156) is **adopted** and defendant's Petition for Writ of Habeas Corpus (Doc. #139) is **DENIED**.

2.  Defendant's Petition for Certiorari (Doc. #162) is **DENIED**.

3.  Defendant's letter docketed on December 28, 2007 (Doc. #167) and construed as a renewed motion for the services of an investigator is **DENIED**.

4.  Defendant's Motion to Strike (Doc. #177) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___6th___ day of February, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Kevin Singleton